UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERT BAXMEYER                                              ORDER OF DISMISSAL

   -against-                                                CV-05-0133 (DRH)

HOME DEPOT USA, INC.
----------------------------------------------------------------X

Defendant's counsel having submitted a letter dated May 6, 2005 indicating the case has settled and plaintiff's counsel having confirmed the settlement,

IT IS HEREBY ORDERED that the case is dismissed.

The clerk is directed to close this case.

SO ORDERED.

                                             /s/
                                  DENIS R. HURLEY
                                United States District Judge

Dated: Central Islip, New York
       February 8, 2006